Antionette **MOORE**, a Minor by Her Next Friend, Brenda **MOORE**, and Geraldine **Peal**, Respondents,

v.

**MOBERLY REGIONAL MEDICAL CENTER, INC.**, Roger L. Bautista, M.D., and Ronald F. Naumann, Respondents,

and

Gulf Insurance Company, Appellants.

No. WD 35487.

Missouri Court of Appeals, Western District.

Dec. 11, 1984.

Clifford A. Falzone, Moberly, for appellants.

John J. Allan, St. Louis, for respondent Antionette Moore.

Edward J. O'Reilly, Kansas City, for respondent Moberly Regional Medical Center, et al.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a judgment of apportionment, between the heirs of a deceased employee and the employer's compensation carrier, of monies paid (pursuant to a settlement agreement) by a third party tortfeasor.

The judgment is affirmed.

Rule 84.16(b).